IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GEOFFREY WALTHERS,            )
                              )
            Plaintiff,        )         8:11CV212
                              )
      v.                      )
                              )
UNITED STATES OF AMERICA -    )         ORDER
DEPARTMENT OF VETERANS        )
AFFAIRS,                      )
                              )
            Defendants.       )
_____)
```

The Court notes that the parties in their report of planning conference (Filing No. 10) agree that the only defendant in this action should be the United States of America. Accordingly,

IT IS ORDERED that the Department of Veterans Affairs is deleted as a party defendant in this action.

DATED this 17th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court