IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEOFFREY WALTHERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV212 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA – DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to substitute plaintiff (Filing No. 19).  The Court notes Geoffrey Walthers is deceased and that Terry Talbott has been appointed as special administrator of the Estate of Geoffrey Walthers. Accordingly,

IT IS ORDERED that the motion is granted.  Terry Talbott, as special administrator of the Estate of Geoffrey Walthers, is substituted as plaintiff in this action, and the caption shall be amended accordingly.

DATED this 8th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court