IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRY TALBOTT, as Special Administrator of the Estate of GEOFFREY WALTHERS, | 8:11CV212 |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

Executed this 11 day of Sept., 2012.

TERRY TALBOTT, as Special
Administrator of the Estate of
GEOFFREY WALTHERS,
Plaintiff

By: /s Mandy L. Strigenz
MANDY L. STRIGENZ, #20208
SIBBERNSEN & STRIGENZ, P.C.
1111 N. 102nd Court, #330
Omaha, NE 68114
(402) 493-7221
E-mail: mandy@sibbandstrig.com

UNITED STATES OF AMERICA,
Defendant

By: DEBORAH R. GILG
UNITED STATES ATTORNEY

And: /s Paul D. Boeshart
PAUL D. BOESHART, #10365
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
(402) 437-5241

CERTIFICATE OF SERVICE

I hereby certify that on _September 11_, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Mandy L. Strigenz, Esq.

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/ Paul D. Boeshart
PAUL D. BOESHART #10365
Assistant U.S. Attorney