IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY TALBOTT, as Special Administrator of the Estate of GEOFFREY WALTHERS, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV212 |
| v. | ) ) | |
| UNITED STATES OF AMERICA - DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation and motion for dismissal with prejudice (Filing No. 23). The Court finds the stipulation should be approved and adopted and the motion granted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; the motion for dismissal with prejudice is granted, each party to pay its own costs, complete record waived.

DATED this 12th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court